UNITED STATES BANKRUPTCY COURT
NORTHERN   DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  KURTISA CURTIS    §   Case No. 13-00678
                          §   Hon. JACQUELINE P. COX
                          §   Chapter 7
                          §
      Debtor(s)

# NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ALLAN J. DeMARS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
7th Floor
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30am on 07/25/2013 in Courtroom 680, Dirksen Federal Building Courthouse, 219 S. Dearborn Street, Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/27/2013          By: Clerk U. S. Bankruptcy Court
                                     (Title of person signing form)

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
19 S. LaSalle Street
Suite 902
Chicago, IL 60603

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
NORTHERN    **DISTRICT OF** ILLINOIS
EASTERN DIVISION

In re:   KURTISA CURTIS         § Case No. 13-00678
                                § Hon. JACQUELINE P. COX
                                § Chapter 7
                                §
         Debtor(s)

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---:|
| *The Final Report shows receipts of* | $8,046.00 |
| *and approved disbursements of* | $0.00 |
| *leaving a balance on hand of* [1] | $8,046.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---:|---:|---:|
| NONE | | | $0.00 | $0.00 | $0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $8,046.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| *Trustee, Fees* | ALLAN J. DeMARS | $1,554.60 | $0.00 | $1,554.60 |
| *Trustee, Expenses* | ALLAN J. DeMARS | $6.12 | $0.00 | $6.12 |
| *Attorney for Trustee, Fees* | | | | |
| *Attorney for Trustee, Expenses* | | | | |
| *Accountant for Trustee, Fees* | | | | |
| *Accountant for Trustee, Expenses* | | | | |
| *Auctioneer, Fees* | | | | |
| *Auctioneer, Expenses* | | | | |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

   *Charges,*  <u>*U.S. Bankruptcy Court*</u>

   *Fees,* <u>*United States Trustee*</u>

      Other

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses: | $1,560.72 |
| Remaining balance: | $6,485.28 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Total Requested* | *Interim Payments to Date* | *Proposed Payment* |
|---|---|---|---|
| *Attorney for Debtor, Fees* | | | |
| *Attorney for Debtor, Expenses* | | | |
| *Attorney for   , Fees* | | | |
| *Attorney for   , Expenses* | | | |
| *Accountant for   , Fees* | | | |
| *Accountant for   , Expenses* | | | |
| Other | | | |

| | |
|---|---:|
| Total to be paid for prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $6,485.28 |

    In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling   $0.00   must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

Total to be paid for priority claims: $0.00
Remaining balance: $6,485.28

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $13,110.24 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 49.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Advantage Assets, II, Inc. | $7,719.32 | $0.00 | $3,818.54 |
| 2 | Nelnet | $5,390.92 | $0.00 | $2,666.74 |

Total to be paid for timely general unsecured claims: $6,485.28
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

Total to be paid for tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

UST Form 101-7-NFR (10/1/2010)

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling _____ $0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be \_\_\_\_ 0  percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| *Claim No.* | *Claimant* | *Allowed Amount of Claim* | *Interim Payments to Date* | *Proposed Payment* |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:  /s/ ALLAN J. DeMARS
                    Trustee

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
19 S. LaSalle Street - Suite 902
Chicago, IL 60603

**STATEMENT**:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 13-00678-JPC
Kurtisa Curtis                                                        Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: wepps              Page 1 of 3             Date Rcvd: Jun 26, 2013
                               Form ID: pdf006          Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 28, 2013.
db              Kurtisa Curtis,   1716 E. 92nd Street,   Chicago, IL 60617-3523
20077797       +Advantage Assets II, Inc.,   7322 Southwest Freeway, Suite 1600,   Houston, TX 77074-2134
20129076       +Agent for Countrywide,   Real Time Resolutions, Inc.,   1349 Empire Central Drive, Suite #150,
                 PO Box 36655,   Dallas, Texas 75235-1655
20384716       +Arnold Scott Harris, P.C.,   111 West Jackson Blvd., Suite 600,   Chicago, Illinois 60604-3517
19894311        Asset Recovery Solutions LLC,   2200 E Devon Ave,   Suite 200,   Des Plaines, IL 60018-4501
19894313        Bank of America,   Customer Service,   PO Box 5170,   Simi Valley, CA 93062-5170
19894312       +Bank of America,   Attn: Correspondence /CA6-919-02-41,   Po Box 5170,
                 Simi Valley, CA 93062-5170
19924489       +Bank of America, N.A.,   C/O,   Pierce & Associates,   1 N. Dearborn Ste 1300,
                 Chicago, IL 60602-4373
19894314       +Bank of America, N.A.,   Correspondence Unit/CA6-919-02-41,   Po Box 5170,
                 Simi Valley, CA 93062-5170
20384715       +Calumet Park Fire Department,   PO Box 438495,   Chicago, Illinois 60643-8495
19894315        Chgo Pm Cu,   1408 W Washington Blvd,   Chicago, IL 60607
19894317        City of Chicago,   Dept of Revenue-Water Division,   PO Box 6330,   Chicago, IL 60680-6330
19894318       +City of Chicago,   c/o Heller Shapiro Frisone,   33 North LaSalle Street, Ste. 1200,
                 Chicago, IL 60602-3415
19894319     ++++GALAXY INTERNATIONAL PURCHASING LLC,   3715 NORTHSIDE PKWY NW BLDG 300-300,
                 ATLANTA GA   30327-2847
                (address filed with court: Galaxy International Purchasing LLC,   3715 Northside Pkwy, NW,
                 Suite 3-300,   Atlanta, GA 30327)
19894323       +Heller and Frisone Ltd.,   33 North LaSalle Street,   Suite 1200,   Chicago, IL 60602-2866
19894325       +LTD Financial Services,   7322 Southwest Freeway,   Suite 1600,   Houston, TX 77074-2134
19894327       +Pierce & Associates,   1 North Dearborn,   Suite 1300,   Chicago, IL 60602-4373
19894330       +Resurgence Capital, LLC,   c/o Resurgence Legal Group PC,   1161 Lake Cook Road, Suite E,
                 Deerfield, IL 60015-5277
19894331       +Roberts & Weddle, LLC,   111 N Canal,   Suite 885,   Chicago, IL 60606-7222
19894332        Walinski & Associates, P.C.,   221 N LaSalle Street,   Suite 1000,   Chicago, IL 60601-1320

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19894316       +E-mail/Text: jpigott@patrolmensfcu.org Jun 27 2013 00:53:19      Chicago Patrolmans Fcu,
                 1407 W Washington Blvd,   Chicago, IL 60607-1820
19894320        E-mail/PDF: gecsedi@recoverycorp.com Jun 27 2013 00:58:44      Green Tree Servicing L,
                 332 Minnesota St Ste 610,   Saint Paul, MN 55101
19894321        E-mail/Text: bankruptcy.bnc@gt-cs.com Jun 27 2013 00:52:41      Green Tree Servicing LLC,
                 PO Box 6172,   Rapid City, SD 57709-6172
19894322       +E-mail/PDF: gecsedi@recoverycorp.com Jun 27 2013 00:56:28      Green tree Servicing LLC,
                 7360 S Kyrene Road,   Tempe, AZ 85283-8432
19894324       +E-mail/Text: bankruptcy@leadingedgerecovery.com Jun 27 2013 00:53:43
                 Leading Edge Recovery Solutions,   5440 N. Cumberland Ave., Suite 300,   Chicago, IL 60656-1486
19894326       +E-mail/Text: electronicbkydocs@nelnet.net Jun 27 2013 00:53:48      Nelnet,   Attn: Claims,
                 Po Box 17460,   Denver, CO 80217-0460
20184347        E-mail/Text: electronicbkydocs@nelnet.net Jun 27 2013 00:53:48      Nelnet,
                 3015 South Parker Road Suite 400,   Aurora CO 80014-2904
19894329        E-mail/Text: bkdepartment@rtresolutions.com Jun 27 2013 00:54:47      Real Time Resolutions, Inc.,
                 1750 Regal Row,   Suite 120,   Dallas, TX 75235-2287
19894328       +E-mail/Text: bkdepartment@rtresolutions.com Jun 27 2013 00:54:47      Real Time Resolutions,
                 PO box 36655,   Dallas, TX 75235-1655
                                                                                               TOTAL: 9

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

```
District/off: 0752-1          User: wepps              Page 2 of 3              Date Rcvd: Jun 26, 2013
                              Form ID: pdf006          Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 28, 2013**                    **Signature:**    _Joseph Speetjens_

Case 13-00678  Doc 36  Filed 06/26/13  Entered 06/28/13 23:31:39  Desc Imaged
              Certificate of Notice    Page 8 of 8

```
District/off: 0752-1          User: wepps                 Page 3 of 3                  Date Rcvd: Jun 26, 2013
                              Form ID: pdf006             Total Noticed: 29
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2013 at the address(es) listed below:

          Allan J DeMars    alland1023@aol.com
          Andrew J Nelson    on behalf of Creditor    Bank of America, N.A. anelson@atty-pierce.com, northerndistrict@atty-pierce.com
          Lorraine M Greenberg    on behalf of Debtor Kurtisa  Curtis lgreenberg@greenberglaw.net, lmganda@gmail.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Rocio Herrera    on behalf of Creditor    Green Tree Servicing LLC rocio@johnsonblumberg.com, bkecfnotices@johnsonblumberg.com
          Toni Dillon    on behalf of Creditor    Bank of America, N.A. tdillon@atty-pierce.com, northerndistrict@atty-pierce.com

                                                                           TOTAL: 6